

# THE THIRTEENTH COURT OF APPEALS

13-18-00366-CV

Leonard Alvarez, Individually, and as Next Friend of Casey Alvarez, Minor Child
v.
Brooke R. Salazar-Davis, Individually and Ike Davis Jr., Individually, and as Next Friend of Gabriel Davis, Minor Child

On Appeal from the
24th District Court of Victoria County, Texas
Trial Cause No. 17-01-80507-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND REMANDED IN PART for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant, Leonard Alvarez, Individually, and as Next Friend of Casey Alvarez, Minor Child, and 50% against appellees, Brooke R. Salazar-Davis, Individually and Ike Davis, Jr., Individually, and as Next Friend of Gabriel Davis, Minor Child.

We further order this decision certified below for observance.

October 24, 2019